UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA



IN RE:                                PROCEEDINGS UNDER CHAPTER 13
ADRIAN CASTILLO                 CASE NO.: 25-19657-CLC

_____ DEBTOR _____/

## MOTION TO WAIVE WAGE DEDUCTION ORDER

**COMES NOW** the Debtor, Adrian Castillo, appearing pro se, and respectfully moves this Court for entry of an order waiving the wage deduction order/pay order, and as grounds states:

1. The Debtor filed for relief under Chapter 13 of the Bankruptcy Code on August 20, 2025.
2. Pursuant to Local Rule 3070-1(A), the Court ordinarily enters an Income Deduction Order directing the Debtor's employer to withhold plan payments and remit them to the Chapter 13 Trustee.
3. The Debtor requests that the Court waive the wage deduction order and permit the Debtor to make plan payments directly to the Chapter 13 Trustee.
4. The Debtor is a single father and self-manages his finances. Direct payment to the Trustee will allow the Debtor to remain current while avoiding potential disruptions with his employer.
5. The Debtor acknowledges that plan payments must be made timely and understands that failure to comply may result in dismissal of the case.
6. As of the filing of this motion, the Debtor is current with his Chapter 13 plan payments.
7. Waiving the wage deduction order will not prejudice creditors, as the Trustee will still receive regular payments under the confirmed plan.

**WHEREFORE**, the Debtor, Adrian Castillo, respectfully requests that this Court enter an order waiving the wage deduction order and allowing the Debtor to make direct payments to the Chapter 13 Trustee, and for such other relief as the Court deems just and proper.

Submitted By:

**ADRIAN CASTILLO**
*Pro Se Debtor*
4850 NW 30th Avenue
Miami, FL 33142
Tel: 786-501-4822

_____
Adrian Castillo