UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                              PROCEEDINGS UNDER CHAPTER 13
ADRIAN CASTILLO                    CASE NO.: 25-19657-CLC

_____DEBTOR_____/

## MOTION TO REDUCE INTEREST RATE

**COMES NOW** the Debtor, Adrian Castillo, appearing pro se, and respectfully moves this Court for entry of an order reducing the interest rate on the secured claim of Santander Consumer USA, and as grounds states:

1. Debtor filed this case on August 20, 2025.
2. Santander Consumer USA holds a secured claim in the amount of $16,477.84, secured by a 2019 Honda Accord (VIN: ending 508Q).
3. The original contract rate is 24.72%, but the plan currently provides 10.5%.
4. Under 11 U.S.C. § 1325(a)(5)(B)(ii), the Debtor must provide the present value of the secured claim, necessitating a reasonable interest rate.
5. *See* Till v. SCS Credit Corp., 541 U.S. 465 (2004) (adopting the 'prime plus' formula to determine Chapter 13 cramdown interest rates). The current prime rate is 8.50%, and with a 2% risk adjustment, the fair rate is no more than 10.5%.
6. Applying this reduced rate still adequately protects Santander's secured interest and maintains the feasibility of the Debtor's confirmed plan.

**WHEREFORE**, the Debtor, Adrian Castillo, respectfully requests that this Court confirm the interest rate on Santander's secured claim at 10.5%, consistent with the plan, in place of the original 24.72% contract rate, and grant such other relief as the Court deems appropriate.

Submitted By:

**ADRIAN CASTILLO**
*Pro Se Debtor*
4850 NW 30th Avenue
Miami, FL 33142
Tel: 786-501-4822

_____
Adrian Castillo